# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-CV-01356-RBJ-CBS

MICHAEL SHIRE

    Plaintiff,

v.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,
an Illinois corporation.

    Defendant.

## ORDER RE: JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

THIS MATTER comes before this Court on the JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE and the Court having reviewed said Motion, and being sufficiently advised in the premises;

HEREBY ORDERS that the JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE is GRANTED.

Dated this 29th day of August, 2013.

BY THE COURT:

*/s/ R. Brooke Jackson*

R. Brooke Jackson
United States District Judge

{7569.0953 Doc #:00490104;l}