## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 13-CV-01356-RBJ-CBS

MICHAEL SHIRE

     Plaintiff,

v.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,
an Illinois corporation.

     Defendant.

---

### ORDER RE:  JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

---

THIS MATTER comes before this Court on the JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE and the Court having reviewed said Motion, and being sufficiently advised in the premises;

HEREBY ORDERS that the JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE  is GRANTED.

Dated this 29th day of August, 2013.

BY THE COURT:

R. Brooke Jackson
United States District Judge

{7569.0953 Doc #:00490104;l}